IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

KAREN M. FINK,            )
                          )
        Plaintiff,        )
                          )   Case No. 2:14-cv-2195
    vs.                   )
                          )
CAVALRY PORTFOLIO SERVICES, LLC,  )
                          )
        Defendant.        )

## COMPLAINT

### INTRODUCTION

1.  Plaintiff Karen M. Fink brings this action to secure redress from unlawful credit and collection practices engaged in by defendant Cavalry Portfolio Services, LLC ("CPS"). Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

### VENUE AND JURISDICTION

2.  This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 and 28 U.S.C. §1337.

3.  Venue and personal jurisdiction in this District are proper because:

    a.  Defendant's collection communications were received by plaintiff within this District;

    b.  Defendant does or transacts business within this District.

### PARTIES

4.  Plaintiff Karen M. Fink is an individual who resides in Vermilion County, Illinois.

5.  Defendant Cavalry Portfolio Services, LLC ("CPS") is a limited liability company chartered under Delaware law with offices at 500 Summit Lake Drive, Suite 4A, Valhalla, New York 10595. It does business in Illinois. Its registered agent and office in Illinois is CT

Corporation System, 208 S. LaSalle Street, Suite 814, Chicago, IL 60604.

6. CPS is engaged in the business of collecting charged off consumer debts originally owed to others.

7. CPS uses the mails in conducting its business.

8. CPS is a debt collector as defined in the FDCPA.

## FACTS

9. CPS has been attempting to collect from plaintiff an alleged credit card debt incurred, if at all, for personal, family or household purposes.

10. On September 9, 2013, CPS filed suit against Karen M. Fink in Vermilion County Circuit Court to collect the alleged credit card debt.

11. On January 16, 2014, Land of Lincoln Legal Assistance Foundation filed an appearance for Ms. Fink, mailing a copy to CPS' attorneys.

12. There were two subsequent court appearances.

13. CPS, by its attorneys, was aware that Ms. Fink was represented.

14. On April 21, 2014, CPS nonsuited the collection action.

15. On June 23, 2014, CPS sent a letter (Exhibit A) directly to Ms. Fink offering to settle the debt.

16. Plaintiff was harassed and aggravated as a result of the foregoing conduct.

## COUNT I – FDCPA

17. Plaintiff incorporates paragraphs 1-16.

18. Defendant violated 15 U.S.C. §1692c by contacting a represented party directly.

19. Section 1692c provides:

**§ 1692c.  Communication in connection with debt collection**

**(a) Communication with the consumer generally.  Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt–**

>   **. . .   (2) if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer; . . .**

WHEREFORE, the Court should enter judgment in favor of plaintiff and against defendant for:

(1) Statutory damages;

(2) Actual damages;

(3) Attorney's fees, litigation expenses and costs of suit;

(4) Such other and further relief as the Court deems proper.


s/Daniel A. Edelman

Daniel A. Edelman
Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER
       & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

T:\30099\Pleading\Complaint_Pleading.wpd

**NOTICE OF LIEN AND ASSIGNMENT**

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards.  All rights relating to attorney's fees have been assigned to counsel.


s/Daniel A. Edelman


Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
       & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)